| | |
|---|---|
| LAKISHIA N. BOYD, | ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No. 2020-CV-71 |
| YOUTH OPPORTUNITY INVESTMENTS, LLC, | ) ) ) ) |
| *Defendant*. | ) ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on July 22, 2020, Defendant Youth Opportunity Investments, LLC filed a Notice of Removal and related papers with the United States District Court for the Eastern District of Tennessee at Knoxville pursuant to 28 U.S.C. §1441 and 1446. A copy of the Notice of Removal is attached as **Exhibit A** and is incorporated by this reference as if set forth in full herein. Please take further notice that pursuant to 28 U.S.C. §1446, the filing of this Notice effects the removal of this action and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

Respectfully submitted this 22nd day of July 2020.

*/s/ Brandon L. Morrow*
Edward G. Phillips (BPR #006147)
Brandon L. Morrow (BPR #031242)
**KRAMER RAYSON LLP**
800 S. Gay Street, Suite 2500
Knoxville, TN 37929
865-525-5134
ephillips@kramer-rayson.com
bmorrow@kramer-rayson.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2020, I served a copy of the foregoing **Notice of Filing Notice of Removal** to Plaintiff's counsel via First Class U.S. Mail, postage prepaid, addressed as follows:

>Katherine A. Young, Esq.
>Young Law Office, P.C.
>9041 Executive Park Drive, Suite 121
>Knoxville, TN 37923
>katherine@younglawknoxville.com

>Ann Goldston, Clerk
>Roane County Circuit Court
>200 East Race Street, Suite 11
>Kingston, TN 37763

_____
Brandon L. Morrow