# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| LAKISHA N. BOYD ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:20-CV-321-TAV-DCP |
| YOUTH OPPORTUNITY INVESTMENT, LLC. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Youth Opportunity Investments, LLC recover costs from the plaintiff *(name)* Lakishia N. Boyd.

☐ other: _____.

This action was *(check one)*:

☑ tried by a jury with Judge Thomas A. Varlan presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: October 21, 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*